UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WANDA CONWAY, on behalf of
TYANA TOLEN,

   Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

   Defendant.

Civil Action No. 06-578 (CKK)

**ORDER**
(May 23, 2008)

For the reasons set forth in an accompanying Memorandum Opinion, it is this 23rd day of May, 2008, hereby

**ORDERED** that Plaintiff's [8] Motion for Judgment of Reversal is DENIED; it is further

**ORDERED** that Defendant's [10] Motion for Judgement of Affirmance is GRANTED; it is further

**ORDERED** that the instant case is dismissed in its entirety.

**SO ORDERED.**

*This is a final, appealable Order.*

                                           /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge